United States District Court
Southern District of Texas
**ENTERED**
June 22, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-20-3681 |
| SHANE HINCKLEY, | § § § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

Pending before the court is a motion to dismiss for lack of jurisdiction on the basis of mootness filed by defendant Shane Hinckley. Dkt. 30. In response, plaintiff People for the Ethical Treatment of Animals filed a statement of non-opposition to the motion since the ban on "political" advertisements is no longer in effect at Texas A&M University. Dkt. 31. After considering the motion, response, and applicable law, the court is of the opinion that the motion should be and therefore is GRANTED.

Signed at Houston, Texas on June 22, 2021.

_____
Gray H. Miller
Senior United States District Judge